Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Mirror Lake Village LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 80-0960999 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 31000 9TH Place Southwest<br>Federal Way, WA 98023-4571 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| King | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

**A. *Check one:***

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

**B. *Check all that apply***

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See** http://www.uscourts.gov/four-digit-national-association-naics-codes.

6233

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1,
attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1–49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☒ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures | page 4 |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      February 27, 2026
                 MM / DD / YYYY

**X** /s/ Philip Kaestle                                    Philip Kaestle
Signature of authorized representative of debtor           Printed name

Title    Designated Officer

**18. Signature of attorney**    **X** /s/ Amit D. Ranade                     Date    February 27, 2026
                                 Signature of attorney for debtor                     MM / DD / YYYY

Amit D. Ranade
Printed name

Snell & Wilmer
Firm name

600 University Street
Seattle, WA 98101
Number, Street, City, State & ZIP Code

Contact phone    (206) 741-1420      Email address    aranade@swlaw.com

WSBA 34878
Bar number and State

**ACTION BY WRITTEN CONSENT OF THE SOLE MANAGER
AND KEY MEMBERS OF
MIRROR LAKE VILLAGE, LLC
IN LIEU OF ORGANIZATIONAL MEETING**

Washington Clangston Investment Group Inc., a Washington corporation (the "**Manager**"), being the sole manager of Mirror Lake Village, LLC, a Washington limited liability company (the "**Company**"), acting by written consent without a meeting pursuant to the Washington Limited Liability Company Act, and with the written consent of all Key Members of the Company pursuant to the Amended and Restated Limited Liability Company Agreement dated as of September 30, 2016 (the "**Operating Agreement**"), hereby adopts the following resolutions in lieu of an organizational meeting, effective as of February 13, 2026:

RESOLVED, that in the judgment of the Manager and Key Members of the Company, it is desirable and in the best interests of the Company, its creditors, members, and other interested parties that a voluntary petition for Chapter 11 relief (the "**Petition**") be filed on behalf of the Company under title 11 of the United States Code (the "**Bankruptcy Code**"), for the purpose of reorganizing the Company's financial affairs;

FURTHER RESOLVED, that Philip Kaestle, or his designee, shall serve as the Designated Officer for the Company during the pendency of the Company's Chapter 11 bankruptcy case.

FURTHER RESOLVED, that the Designated Officer is hereby authorized, directed, and empowered on an individual basis, on behalf of and in the name of the Company (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the United States Bankruptcy Court for the Western District of Washington and to make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents, (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents (including debtor in possession loan agreements and all first day motions and applications) necessary or desirable in connection with the foregoing, and (iii) to execute and verify any and all documents necessary or appropriate in connection therewith in such form or forms as the Designated Officer may approve;

FURTHER RESOLVED, that the Designated Officer is authorized, directed, and empowered to file the Petition and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing;

FURTHER RESOLVED, that the law firm of Snell & Wilmer is authorized, empowered, and directed to represent the Company as debtor and

debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code;

FURTHER RESOLVED, that the Designated Officer is authorized, directed, and empowered to retain on behalf of the Company such other attorneys, financial advisors, and accountants as the Designated Officer so acting shall deem appropriate in his judgment;

FURTHER RESOLVED, that the Designated Officer is hereby authorized, directed, and empowered from time to time in the name and on behalf of the Company to take such actions and execute and deliver such certificates, instruments, guaranties, notices, and documents as may be required or as the Designated Officer may deem necessary, advisable, or proper to carry out and perform the obligations of the Company under the Bankruptcy Code; all such actions to be performed in such manner, and all such certificates, instruments, notices, and documents to be executed and delivered in such form, as the Designated Officer performing or executing the same shall, with the advice of counsel, approve, and the performance or execution thereof by the Designated Officer shall be conclusive evidence of such approval by the Designated Officer and by the Company;

FURTHER RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Designated Officer of the Company, he is hereby authorized, directed, and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements, and documents as he may, with the advice of counsel, consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions; and

FURTHER RESOLVED, that all actions heretofore taken by the Designated Officer of the Company in connection with the foregoing resolutions are confirmed, ratified, and approved in all respects.

[*This space intentionally left blank;*
*further clauses and signatures on following page.*]

27642212v1 97080.002.00

IN WITNESS WHEREOF, this Action by Written Consent was executed effective as of the date first set forth above.

MANAGER AND KEY MEMBER:

Washington Clangston Investment Group Inc.

By: _____
Name: Xiaoping Zhu
Title: President

KEY MEMBER:

_____
Gang Li

KEY MEMBER:

_____
YanXue Deng

KEY MEMBER:

JingHu LLC

By: _____
Name: Xiaoping Zhu
Title: Member-Manager

27642212v1 97080.002.00

Fill in this information to identify the case:

| Debtor name | Mirror Lake Village LLC |
|---|---|
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON, SEATTLE DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Airgas Nor Pac Inc PO Box 102289 Pasadena, CA 91189-2289 | | | | | | $273.63 |
| Arete Law Group PLLC 600 University St, STE 2420 Seattle, WA 98101 | | | | | | $2,100.00 |
| Caregiver for Hire USA, LLC 33301 1st Way S Ste C-260 Federal Way, WA 98003 | | | | | | $264.24 |
| Carson Lilley PO Box 865 Milton, WA 98354 | | | | | | $300.00 |
| Charlies Produce PO Box 24606 Seattle, WA 98124 | | | | | | $1,605.30 |
| Commercial Fire 2465 St. Johns Bluff Road S Jacksonville, FL 32246 | | | | | | $652.41 |
| Ecolab PO Box 100512 Pasadena, CA 91189 | | | | | | $630.42 |
| Haight Carpet & Interiors PO Box 2076 Woodenville, WA 98072 | | | | | | $2,054.65 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HD Supply PO Box 509058   San Diego, CA 92150 | | | | | | $126.79 |
| Health Dimensions Group 12900 Whitewater Drive   Ste 201   Minneapolis, MN 55343 | | | | | | $102,932.21 |
| KEY MECHANICAL CO OF WASHINGTON 19430 68TH AVENUE SOUTH   KENT, WA 98032 | | | | | | $2,789.31 |
| Peak CMS PO Box 2208   Everett, WA 98203 | | | | | | $256.45 |
| PUGET SOUND ENERGY PO BOX 91269   BELLEVUE, WA 98009-9269 | | | | | | $0.12 |
| Redi National Pest Eliminators 4453 Aurora Ave N   Seattle, WA 98103 | | | | | | $292.76 |
| Retirement Connection LLC PO Box 820067   Portland, OR 97282 | | | | | | $1,066.67 |
| Roobrik, Inc. PO Box 202184   Dallas, TX 75320-2184 | | | | | | $220.40 |
| Skyline Communications, Inc. 12002 Beverly Park RD, BLDG A Everett, WA 98204 | | | | | | $27,601.15 |
| Sysco Seattle, Inc PO Box 97054   Kent, WA 98064-9754 | | | | | | $5,380.31 |
| Washington Health Care Assoc PO Box 104676   Pasadena, CA 91189 | | | | | | $576.09 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 26-10599-CMA   Doc 1   Filed 02/27/26   Ent. 02/27/26 08:26:29   Pg. 9 of 27

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Waste Management PO Box 541065 Los Angeles, CA 90054-1065 | | | | | | $99.90 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 26-10599-CMA    Doc 1    Filed 02/27/26    Ent. 02/27/26 08:26:29    Pg. 10 of 27

**United States Bankruptcy Court**
**Western District of Washington, Seattle Division**

In re   Mirror Lake Village LLC                         Case No. _____

                                       Debtor(s)       Chapter     11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Designated Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    February 27, 2026                       /s/ Philip Kaestle _____

                                               Philip Kaestle/Designated Officer
                                               Signer/Title

1st Choice Advisory Services
PO Box 12494
Mill Creek, WA 98082


3 Wire, LLC
PO Box 102205
Pasadena, CA 91189-2205


A Place For Mom
PO Box 209241
Dallas, TX 75320-9241


Activated Insights Lockbox Services
PO Box 209435,
Dallas, TX 75320-9435


ActivityConnection
9450 SW Gemini Dr
PMB 39135
Beaverton, OR 97008-7105


Agreement Dynamics, Inc.
18410 16th Ave NW
Shoreline, WA 98177


Aion Networks
3011 NW 93rd ST
Seattle, WA 98117


Airgas Nor Pac Inc
PO Box 102289
Pasadena, CA 91189-2289


Alliance Laundry Systems Distribution
PO Box 844226
Dallas, TX 75284-4226


Always Best Care Senior Services
10324 Canyon Road E
Ste 206
Puyallup, WA 98373


Andrew Roy
12729 84TH St SE
Snohomish, WA 98290


Anne G Jackisch, R.D., L.D., Inc.
PO Box 1024
Pinellas Park, FL 33780


Apex Eldercare Consulting
11012 Canyon Rd E
Suite 8
Puyallup, WA 98373

Archer Halliday, P.S.
114 West Magnolia ST, STE 302
Bellingham, WA 98225

Arete Law Group PLLC
600 University St, STE 2420
Seattle, WA 98101

Artisan Piano Services, Inc.
214 7th ST
Oregon City, OR 97045

As You Wish Electric
825 S Stacy St
Seattle, WA 98134

Beyond Pro Recruiting, LLC
650 N Penrod Rd
615
Show Low, AZ 85901

Birdeye, Inc.
2479 East Bayshore Rd
Ste 188,
Palo Alto, CA 94303

Brightwater
550 NW Franklin AVE, STE 464
Bend, OR 97703

Cameron Villanueva
8610 Onyx DR SW
Unit C
Lakewood, WA 98498

Caregiver for Hire USA, LLC
33301 1st Way S
Ste C-260
Federal Way, WA 98003

CarePatrol of Bellevue-Eastside
12819 SE 38th ST
203
Bellevue, WA 98006

CarePatrol of East Pierce County
PO Box 308
Puyallup, WA 98371

Carpet Plus LLC
34515 16th Ave South
Federal Way, WA 98003

Carson Law Group PS
PO Box 5292
Everett, WA 98206

Carson Lilley
PO Box 865
Milton, WA 98354


Catalyst Senior Living Solutions, LLC
2100 Central Street
Suite 0G1
Kansas City, MO 64108


CayCare Inc
PO Box 1477
Orting, WA 98360


Charlies Produce
PO Box 24606
Seattle, WA 98124


Choice Advisory Services
PO Box 12494
Mill Creek, WA 98082


CHS Northwest
PO Box 618
Auburn, WA 98071-0618


CLARK COMPUTER SERVICES INC
108 HOLLY COURT
Fircrest, WA 98466


Clark National Accounts LLC
PO Box 69595
Baltimore, MD 21264-9595


Clark Pro LLC
PO Box 69628
Baltimore, MD 21264-9628


Clear Path Senior Living Solutions, Inc.
28303 Soundview Dr S
Unit 303
Des Moines, WA 98198


Comcast
PO Box 60533
City of Industry, CA 91716-0533


Comcast Business
PO Box 8587
Philadelphia, PA 19101-0601


Commercial Fire
2465 St. Johns Bluff Road S
Jacksonville, FL 32246

Concentra
PO Box 4300
Rancho Cucamonga, CA 91729-4300


Concierge Care, Inc
2608 Second Ave #224
Seattle, WA 98121


Consonus Pharmacy Services, LLC
PO Box 84157
Seattle, WA 98124-5457


Convergint Technologies LLC
35257 Eagle Way
Chicago, IL 60678-1352


Conversion Logix, LLC
PO Box 103035
Pasadena, CA 91189-3035


Cozzini Bros., Inc
8430 W Bryn Mawr Ave
Ste 800
Chicago, IL 60631


Cressy Door Company, Inc.
PO Box 1329
Kent, WA 98035


Crowe Building Specialties, Inc.
18609 76th Ave W
Suite I
Lynnwood, WA 98037-4111


Dan Hausler
6412 80th Street East
Puyallup, WA 98371


Direct Supply
PO Box 88201
Milwaukee, WI 53288


Diversification, Inc.
9877 40th Ave S
Seattle, WA 98118


Dorothy Stow
31806 48th Circle SW
Federal Way, WA 98023


DSHS Financial Svcs Admin
PO Box 9501
Olympia, WA 98507

Ecolab
PO Box 100512
Pasadena, CA 91189


Elan Financial Services
P.O. Box 790408
Saint Louis, MO 63179-0408


Evergreen Refrigeration LLC
727 South Kenyon
Seattle, WA 98108


Federal Express
PO Box 94515
Palatine, IL 60094


FOOD SERVICE EQUIPMENT REPAIR, INC.
PO BOX 12224
MILL CREEK, WA 98082


ForBright Bank Inc.
Attn: C-PACE Department
4445 Willard AVE, STE 1000
Chevy Chase, MD 20815


Foster Garvey
Attn:  Jason M. Ayres
121 SWE Morrison ST, 11th Floor
Portland, OR 97204


Fountain Digital
3733 Park East Dr
Ste 260
Beachwood, OH 44122-4337


Further Technology, LLC
PO Box 25411
New York, NY 10087-5411


Fusion
PO Box 411470
Boston, MA 02241-1289


G & D Drywall Services LLC
2104 SW 349th Pl
WA 98023


Graffix
1312 96th St
Seattle, WA 98108


Great Promotions
2120 N Puget Sound Ave
Tacoma, WA 98406

Greater Federal Way Chamber of Commerce
31919 1st Ave
Ste 202
Federal Way, WA 98003


Haight Carpet & Interiors
PO Box 2076
Woodenville, WA 98072


HD Supply
PO Box 509058
San Diego, CA 92150


Health Dimensions Group
12900 Whitewater Drive
Ste 201
Minneapolis, MN 55343


Infinity Garage Door Repair
2300 Jefferson Ave NE #C110
Renton, WA 98056


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Internal Revenue Service
Field Insolvency Unit
915 2nd Ave, MS-W243
Seattle, WA 98174


Internal Revenue Service
c/o U.S. Attorney General
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271


IPFS
1055 Broadway
11th Floor
Kansas City, MO 64105


IRS
Field Insolvency Unit
915 2nd Ave, MS-W243
Seattle, WA 98174


Kelley Create Co
PO BOx 30310
Los Angeles, CA 90030-0310


KEY MECHANICAL CO OF WASHINGTON
19430 68TH AVENUE SOUTH
KENT, WA 98032

King County Treasury
201 S Jackson St
710
Seattle, WA 98104


Klepps, Inc.
PO box 6782
Bellevue, WA 98008


Knight Fire Protection Inc
9702 Lathrop Industrial Dr SW
Tumwater, WA 98512


Lakehaven Water & Sewer District
PO Box 34882
Seattle, WA 98124-1882


Leaf Capital Funding, LLC
PO Box 5066
Hartford, CT 06102-5066


LPS Holdco LLC, DBA Marq
13907 S Minuteman Dr
Ste 225
Draper, UT 84020


Lutheran Community Services Northwest
PO Box 94492
Seattle, WA 98124-6792


Mark C. Zetterberg
1416 U Court NW
Auburn, WA 98001


Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101


McKesson Medical-Surgical
PO Box 204786
Dallas, TX 75320-4786


Meridian Center Electric
11109 66th Ave E
Puyallup, WA 98373


Meridian Scale
8702 S 222nd St
Kent, WA 98031


Minuteman Press
34012 9th Ave S
Ste C6
Federal Way, WA 98003-6756

Mobile Health Diagnostics LLC
12303 Airport Way
Suite 160
Broomfield, CO 80021-2729


Monte Asken
4921 S 314th CT
Auburn, WA 98001


Motion Picture Licensing Corporation
PO Box 80144
City of Industry, CA 91716-8144


Navitas Credit Corp
PO Box 935204
Atlanta, GA 31193-5204


NORTH SOUND BOILERS & RADIANT LLC
3119 115TH AVE SE
SNOHOMISH, WA 98290


Northwest Bank
1301 5th AVE, STE 2110
Seattle, WA 98101


Northwest Nursing Solutions, LLC
1935 Vista Rama DR E
Port Orchard, WA 98366


Oasis Senior Advisors Holdings, LLC
100 Bluegrass Commons Blvd
Building 1,  Ste 120
Hendersonville, TN 37075


Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271


On Hold Concepts
5521 100th St SW
Lakewood, WA 98499


OneDay
Dept 2523
PO Box 122523
Dallas, TX 75312-2523


Oshi Publishing LLC
PO Box 412
Brinnon, WA 98320


Overhead Door Company of Bellingham, LLC
202 Ohio ST
Bellingham, WA 98225

Pacific Landscape Maintenance
PO Box 3767
Seattle, WA 98124-3767


Pacific Office Automation
PO Box 744648
Los Angeles, CA 90074-4648


Pacific Office Automation Inc
PO Box 030310
Los Angeles, CA 90030-0310


Peak CMS
PO Box 2208
Everett, WA 98203


Pierce County Budget & Finance
PO Box 11621
Tacoma, WA 98411-6621


Pineapple Academy
WS #205
PO Box 414378
Kansas City, MO 64141


Pinnacle Quality Insight
PQI Lockbox Services 913461
PO Box 913461
Denver, CO 80291-3461


Pod Marketing Inc
1700
140 10th Ave SE
Calgary,


Power Systems West
PO Box 876606
Kansas City, MO 64187-6606


Propel Insurance
PO Box 2940
Tacoma, WA 98401


Puget Sound Energy
PO Box 91269
Bellevue, WA 98009


PUGET SOUND ENERGY
PO BOX 91269
BELLEVUE, WA 98009-9269


Quest
PO Box 8259
Pasadena, CA 91109-8259

Rain City Striping, LLC
21729 148th Ave SE
Kent, WA 98042


Raingardens Northwest, Inc.
PO Box 44428
Tacoma, WA 98448


Redi National Pest Eliminators
4453 Aurora Ave N
Seattle, WA 98103


Regence Blueshield
PO Box 2597
Portland, OR 97208-2597


Rehn & Associates COBRA
PO Box 5433
Spokane, WA 99205


Reji Marc
31605 118th PL SE
Auburn, WA 98092


Relias LLC
PO Box 74008620
Chicago, IL 60674-8620


Republic Parking
PO Box 1112
Tacoma, WA 98401


Retirement Connection LLC
PO Box 820067
Portland, OR 97282


Roger Simmons
2711 SW 328th St
Federal Way, WA 98023


Roobrik, Inc.
PO Box 202184
Dallas, TX 75320-2184


Royal Resource, LLC
1008 140th AVE NE STE #102
Bellevue, WA 98005


Sargent Nursing Services
1223 Beach Dr E
Port Orchard, WA 98366


Senior Helpers
32717 1st Ave S
Ste 7
Federal Way, WA 98003

Senior Services of America
5401 32nd Ave
Suite 204
Gig Harbor, WA 98335


Senior TV
PO Box 735306
Chicago, IL 60673


Seniortv
975 East Tallmadge Ave
Akron, OH 44310


Sentrics
1720 A Crete Street
Moberly, MO 65270


Sequoyah Electric, LLC
15135 NE 92nd ST
Redmond, WA 98052


Serviam Care Network PBC
2100 Central
Suite 01G
Kansas City, MO 64108


Sherwin Williams Co
3814 S Cedar St
Tacoma, WA 98409


Shred It
28883 Network Place
Chicago, IL 60673-1288


Silversphere, LLC
265 Clyde Morris Blvd
Suite 100
Ormond Beach, FL 32174-5977


Skyline Communications, Inc.
12002 Beverly Park RD, BLDG A
Everett, WA 98204


Sprout Social, Inc.
PO Box 18451
Palatine, IL 60055-8451


Staples Promotional Products
Bin #150003 Post Office Box 88003
Milwaukee, WI 83288-8003


State of Washington
PO Box 34050
Seattle, WA 98124-1050

Stericycle
28883 Network Place
Chicago, IL 60673-1288


Stericycle, Inc.
28883 Network Place
Chicago, IL 60673-1288


Storage Court of Federal Way
31031 21st PL SW
Federal Way, WA 98023


Structured Communications
PO Box 1368
Snohomish, WA 98291


Surface Renew, Inc
3003 S Huson St #A
Tacoma, WA 98409


Sysco Seattle, Inc
PO Box 97054
Kent, WA 98064-9754


Terry Bartelme
13910 132nd ST NW
Gig Harbor, WA 98329


The Sherwin-Williams Co.
Accounts Receivable Dept.
12314 Meridian East
Puyallup, WA 98373-5084


Thyssenkrupp Elevator
PO Box 3796
Carol Stream, IL 60132-3796


Tilladelse
1801 West Bay Dr NW
Ste 203
Olympia, WA 98502


TopLine Counters, LLC
PO Box 2186
Sumner, WA 98390


Touchstone Quartet
3614 43rd Ave Court NE
Tacoma, WA 98422


Trotter & Morton Facility Service
12646 Interurban Ave S
Tukwila, WA 98168

U.S. Attorney's Office
Insolvency & Collections Unit
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271


United States Trustee Office
700 Stewart Street
Suite 5103
Seattle, WA 98101


Universal Services Northwest
8920 Old Hwy 99 SE
Olympia, WA 98501


Verizon
PO Box 660108
Dallas, TX 75266


Vinyl Lab NW
4463 Russell Rd #101
Mukilteo, WA 98275


WA Department of Labor & Industries
PO Box 34974
Seattle, WA 98124


WA DEPARTMENT OF LICENSING
500 4TH AVE STE 401
SEATTLE, WA 98104-2393


WA Department of Revenue
Attn: Bankruptcy Unit
2101 4th AVE, STE 1400
Seattle, WA 98121


WA Department of Revenue
Compliance Division
Po Box 47473
Olympia, WA 98504-7473


WA Department of Revenue
Taxpayer Services Division
PO Box 47478
Olympia, WA 98504-7478


WA Department of Revenue
Treasury Management
PO Box 47464
Olympia, WA 98504-7464


WA Dept of Health and Human Services
ALTSA
PO Box 45600
Olympia, WA 98504-5600

WA Office of the Attorney General
Insolvency & Collections Unit
800 Fifth AVE, STE 2000
98104


WA Office of the Attorney General
Insolvency & Collections Unit
800 Fifth AVE, STE 2000
Seattle, WA 98104


WA State Department of L&I
PO Box 44140
Olympia, WA 98504-4140


WA State Department of Revenue
PO Box 47471
Olympia, WA 98504


WA State Department of Revenue
Attn: Bankruptcy Unit
2101 4th AVE, STE 1400
Seattle, WA 98121


WA State Department of Revenue
Taxpayer Services Division
PO Box 47478
Olympia, WA 98504-7478


WA State Department of Revenue
Treasury Management
PO Box 47464
Olympia, WA 98504-7464


WA State Dept of Health
ALTSA HQ: Blake East
4500 10th Avenue SE
Lacey, WA 98503


WA State Dept of Health & Human Services
ALTSA
PO Box 45600
Olympia, WA 98504-5600


WA State Employment Security
PO BOX 9046
Olympia, WA 98507


WA State Employment Security Department
PO BOX 9046
Olympia, WA 98507


WA Taxing Agencies
c/o WA Office of Attorney General
Insolvency & Collections Unit800  FIFTH
Seattle, WA 98104

Washington Alarm
2030 Airport Way S
Seattle, WA 98134


Washington Department of Health
PO Box 1099
Olympia, WA 98507-1099


Washington Health Care Assoc
PO Box 104676
Pasadena, CA 91189


Waste Management
PO Box 541065
Los Angeles, CA 90054-1065


Wells Fargo Equipment Finance
P.O. 856941, Suite 350
Minneapolis, MN 55485-6941


Wells Fargo Equipment Finance Inc
PO Box 858178
Minneapolis, MN 55485-8178


West Coast Renewables, LLC
2211 W Valley Hwy E
Sumner, WA 98390


Yardi Systems
PO Box 209412
Austin, TX 78720-9280

# United States Bankruptcy Court
## Western District of Washington, Seattle Division

In re   Mirror Lake Village LLC

                                             Debtor(s)

Case No. _____

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Mirror Lake Village LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

JinHu,LLC
14040 NE 8th ST, STE 313
Bellevue, WA 98007

Washington Clangston Investment Group, Inc.
570 150th PL NE
Bellevue, WA 98007

☐ None [*Check if applicable*]

| | |
|---|---|
| February 27, 2026 | /s/ Amit D. Ranade |
| Date | Amit D. Ranade WSBA 34878 |

Signature of Attorney or Litigant
Counsel for   Mirror Lake Village LLC
Snell & Wilmer
600 University Street
Seattle, WA 98101
 Fax:
aranade@swlaw.com

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy